## Albert BRONT, Petitioner,

v.

## DEPARTMENT OF THE TREASURY, Respondent.

No. 2012–3121.

United States Court of Appeals, Federal Circuit.

April 2, 2013.

Albert Bront, of Marina del Ray, CA, pro se.

Courtney S. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

NEWMAN, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.